VINCENZO SCIVETTI and THERESA LACALAMITA, Respondents, v. ROBERT L. TOMPKINS, Appellant.— In an action to recover damages for personal injuries sustained, as alleged, through defendant's negligence, order denying defendant's motion to dismiss the complaint for lack of prosecution modified by inserting therein a provision for the payment of ten dollars costs by the plaintiffs to the defendant or to his attorney. As so modified, the order is affirmed, with ten dollars costs and disbursements to the appellant. There was a period of approximately seven months between joinder of issue in this action and April 23, 1936, the date on which defendant moved to dismiss for failure to prosecute. For this violation of rule 156 of the Rules of Civil Practice, which limits the delay to six months, plaintiffs have offered neither excuse nor explanation. Lazansky, P. J., Hagarty and Johnston, JJ., concur; Carswell and Davis, JJ., dissent and vote to affirm without modification.

SOPHIE SHACKNOW, Respondent, v. DAVID SHACKNOW, Appellant.— In an action for divorce, order adjudging defendant guilty of contempt in failing to pay alimony under the provisions of the final judgment, as modified, reversed upon the law, without costs, and the motion denied. It appears that these parties settled and adjusted their differences relating to the wife's support by an agreement providing for the payment of a certain sum. That agreement has never been rescinded, and there is no claim that it was improvidently made or procured by fraud. While it remains in force the plaintiff may not treat it as a nullity and resort to contempt proceedings under the final judgment. Lazansky, P. J., Young and Davis, JJ., concur; Hagarty, J., dissents and votes to affirm; Carswell, J., not voting.